Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

**United States Bankruptcy Court**
**Eastern District of Virginia**
**Richmond Division**

In re: Shonda L. White, Debtor  　　　　　　　　　　Case#: 20-34669
115 E. Broad Street #101  　　　　　　　　　　　　　Bruce E. Robinson, Trustee
Richmond, VA 23219  　　　　　　　　　　　　　　　Chapter: 7
Last 4 of SSN: xxx-xx-3724

## MOTION TO EXTEND AUTOMATIC STAY

Comes Now, Debtor, Shonda L. White, by counsel, Pia J. North, Esq. and states the following in support of this Motion to Extend the Automatic Stay:

1. On, November 23, 2020, the Debtor filed in this Honorable Court a petition for relief under Chapter 7 of the Bankruptcy Code, 11 U.S.C. § 1301 et seq. (the "instant case"). The automatic stay will expire in the instant case on December 23, 2020, unless the Court extends the automatic stay pursuant to 11 U.S.C362 (c)(3)(A) and (B).

2. Bruce E. Robinson was appointed to serve as Chapter 7 Trustee in this case (the "Trustee").

3. The Debtor's bankruptcy history does not indicate a lack of good faith. The Debtor, Shonda L. White filed three previous bankruptcies, however, only two were filed within the last eight years:

    a. **Chapter 13 Case#: 18-34348** was filed on August 24, 2018 and dismissed on November 20, 2020 for "Failure to make plan payments". That case was pending within one year of the filing of this instant case, thus triggering the provision of 11 U.S.C. 362(c)(3).

    b. **Chapter 13 Case#: 17-40856** was filed on June 7, 2017 and dismissed on August 17, 2020 for "Failure to make plan payments".

    c. **Chapter 7 Case#: 12-41594** was filed on August 12, 2012. The debtor received a discharge in that matter.

4. The Debtor's financial situation deteriorated when the debtor was forced to take time away from work to care for her mother. She incurred additional unanticipated expenses when she made multiple trips to and from New Jersey. Her mother has now been placed in a nursing home. Additionally, she incurred extra expenses when her unemployed son lived with her. These additional expenses and loss of income caused the debtor to fall behind in her payments to the Chapter 13 Trustee.

5. There has been a change in circumstances in that the debtor no longer has the income to support a Chapter 13 payment plan. The debtor was not eligible to convert the prior case to Chapter 7, however she's now eligible to receive a Chapter 7 discharge in the current case.

6. WHEREFORE, for the foregoing reasons, the Debtor respectfully requests that this Court enter an Order extending the automatic stay under 11 U.S.C. § 362 as to all creditors, as to the Debtor and the Debtor's property, and as to the property of the estate for the duration of this proceeding, or until such time as the stay is terminated under § 362 (c) (1) or (c) (2), or a motion for relief is granted under § 362(d) and for such other and further relief as to the Court shall be deemed appropriate.

Respectfully submitted:
Shonda L. White

By:    /s/ Pia J. North
Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

**United States Bankruptcy Court**
**Eastern District of Virginia**
**Richmond Division**

In re: Shonda L. White, Debtor             Case#: 20-34669
115 E. Broad Street #101                   Bruce E. Robinson, Trustee
Richmond, VA 23219                         Chapter: 7
Last 4 of SSN: xxx-xx-3724

**NOTICE OF MOTION**

      Pia J. North, Attorney for the Debtor having filed papers with the court: Motion to Extend the Automatic Stay.

    **<u>Your rights may be affected.</u>** You should read these papers carefully and discuss **them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the motion, then **on or before December 8, 2020** you or your attorney must: File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 E. Broad Street, Room 4000
Richmond, VA 23219

Office of the U.S. Trustee
701 E. Broad Street, Room 4304
Richmond, Virginia 23219

You must also mail a copy to:

Pia J. North
North Law
5913 Harbour Park Drive
Midlothian, VA 23112

Bruce E. Robinson
P.O. Box 538
South Hill, VA 23970-0538

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

**United States Bankruptcy Court**
**Eastern District of Virginia**
**Richmond Division**

In re: Shonda L. White, Debtor　　　　　　　　　　　Case#: 20-34669
115 E. Broad Street #101　　　　　　　　　　　　　　Bruce E. Robinson, Trustee
Richmond, VA 23219　　　　　　　　　　　　　　　　Chapter: 7
Last 4 of SSN: xxx-xx-3724

### NOTICE

PLEASE TAKE NOTICE that on **December 9, 2020 @ 12 Noon** or as soon thereafter as is practical, we will appear before the Honorable Kevin R. Huennekens 701 E. Broad Street, Room 5000, Richmond, VA 23219 on the Debtor's Motion to Extend the Automatic Stay.

　　　　　　　　　　　　　　　　　　　　　Shonda L. White and
　　　　　　　　　BY:　　　　　　/s/ Pia J. North
　　　　　　　　　　　　　　　　Counsel

**Certificate of Service**

I hereby certify that I have on November 24, 2020, served by transmitting a true copy of the foregoing Motion to Extend the Automatic Stay, Notice of Motion and Notice of Hearing electronically through the Court's CM/ECF system or by first class mail, postage pre-paid or email to: Shonda L. White, the Debtor, the Trustee, the United States trustee and to all creditors and parties in interest on the attached mailing matrix

　　　　　　　　　　　　　　　By:　　　/s/ Pia J. North
　　　　　　　　　　　　　　　　　　　　Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

**United States Bankruptcy Court**
**Eastern District of Virginia**
**Richmond Division**

In re: Shonda L. White, Debtor                           Case#: 20-34669
115 E. Broad Street #101                                 Bruce E. Robinson, Trustee
Richmond, VA 23219                                       Chapter: 7
Last 4 of SSN: xxx-xx-3724

**AFFIDAVIT**

I, Shonda L. White declare under penalty of perjury that the information provided in the Motion to Extend the Automatic Stay is true and correct.

1. I filed a Chapter 13 bankruptcy in August 2018. That case was dismissed in November 2020 because my financial situation got worse when my mother became ill and my son moved into my home after losing his job. I could no longer afford to make the Chapter 13 payments and pay my necessary household expenses on my income alone.

2. I filed this Chapter 7 bankruptcy because I cannot afford to pay my debts on my income alone.

WITNESS the following signature and seal on November 23, 2020.

/s/ Shonda L. White
Shonda L. White

```
Label Matrix for local noticing          United States Bankruptcy Court          American First Finance
0422-3                                   701 East Broad Street                   7330 W. 33rd Street
Case 20-34669-KRH                        Richmond, VA 23219-1888                 Wichita, KS 67205-9370
Eastern District of Virginia
Richmond
Tue Nov 24 14:54:12 EST 2020

American First Finance                   Anesthesia Consultants                  Capital One Auto Finance
Attn: Bankruptcy                         PO Box 14099                            Attn: Bankruptcy
Po Box 565848                            Belfast, ME 04915-4034                  Po Box 30285
Dallas, TX 75356-5848                                                            Salt Lake City, UT 84130-0285


Capital One Auto Finance                 Capital One Bank                        Capital One/Walmart
Credit Bureau Dispute                    PO Box 30281                            Attn: Bankruptcy
Plano, TX 75025                          Salt Lake City, UT 84130-0281           Po Box 30285
                                                                                 Salt Lake City, UT 84130-0285


Capital One/Walmart                      Carlyle At Godley Station               Cash Net USA
Po Box 30281                             7948 Baymeadows Way                     175 West Jackson
Salt Lake City, UT 84130-0281            Jacksonville, FL 32256-8539             Suite 1000
                                                                                 Chicago, IL 60604-2863


Century Link                             Certegy Check Services, Inc.           ChexSystems
115 Patriots Trail                       11601 Roosevelt Blvd.                   Attn: Consumer Relations
Hinesville, GA 31313-3431                Saint Petersburg, FL 33716-2202         7805 Hudson Rd., Suite 100
                                                                                 Saint Paul, MN 55125-1703


Comenity Bank/Goodys                     Credit One Bank                         DFAS
PO Box 182789                            PO Box 98873                            6760 E. Irvington Pl
Columbus, OH 43218-2789                  Las Vegas, NV 89193-8873                Denver, CO 80279


Department of Education/Nelnet           (p)DIRECTV LLC                          Equifax Information Services
PO Box 9635                              ATTN BANKRUPTCIES                       PO Box 740241
Wilkes Barre, PA 18773-9635              PO BOX 6550                             Atlanta, GA 30374-0241
                                         GREENWOOD VILLAGE CO 80155-6550


Experian                                 Fingerhut                               Genesis FS Card Services
Dispute Department                       Attention: Bankruptcy                   Attn: Bankruptcy
P.O. Box 4500                            6250 Ridgewood Road                     Po Box 4477
Allen, TX 75013-1311                     Saint Cloud, MN 56303-0820              Beaverton, OR 97076-4401


Genesis FS Card Services                 (p)GEORGIA DEPARTMENT OF REVENUE        Gold's Gym
Po Box 4499                              COMPLIANCE DIVISION                     1601 Willow Lawn Drive
Beaverton, OR 97076-4499                 ARCS BANKRUPTCY                         Unit 3A
                                         1800 CENTURY BLVD NE SUITE 9100         Richmond, VA 23230-3431
                                         ATLANTA GA 30345-3202


Grow Financial FCU                       Grow Financial FCU                      Grow Financial FCU
P.O. Box 6824                            PO Box 89947                            Robert L. Fisher, President
Macdill Air Force Bk/                    Tampa, FL 33689-0416                    9927 Delaney Lake Drive
Tampa, FL 33608-6824                                                             Tampa, FL 33619-5071
```

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Unit<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Lanier Collection Agency<br>18 Park Of Commerce Blvd<br>Savannah, GA 31405-7410 | Lanier Collection Agency<br>Attn: Bankruptcy<br>18 Park Of Commerce Blvd<br>Savannah, GA 31405-7410 |
| Liberty Regional Med Center<br>462 E G Miles Pkwy<br>Hinesville, GA 31313-4000 | Memorial Health<br>PO Box 102500<br>Atlanta, GA 30368-2500 | Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 |
| Navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | OneMain Financial, Inc.<br>CT Corporation System<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060-6808 |
| Onemain Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 | Patriot Loan Company<br>319 W. General Screven Way<br>Hinesville, GA 31313-3004 | Patriot Loan Company<br>CT Corporation System<br>1201 Peachtreet Street NE<br>Atlanta, GA 30361-6329 |
| Paypal<br>PO Box 105658<br>Atlanta, GA 30348-5658 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)PROFESSIONAL DEBT MEDIATION<br>7948 BAYMEADOWS WAY<br>2ND FLOOR<br>JACKSONVILLE FL 32256-8539 |
| Receivable Management Inc<br>Bankruptcy Dept/Receivables Management S<br>7206 Hull Rd Ste 211<br>Richmond, VA 23235 | Receivable Management Inc<br>Pob 17305<br>Richmond, VA 23226-7305 | Security Finance<br>Attn: Bankruptcy<br>Po Box 1893<br>Spartanburg, SC 29304-1893 |
| Security Finance<br>C/o Security Finance<br>Spartanburg, SC 29304 | Speedy Cash<br>3527 N Ridge Rd<br>Wichita, KS 67205-1212 | Speedy Cash<br>P.O. Box #780408<br>Wichita, KS 67278-0408 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Synchrony Bank/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Telecom Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 | TransUnion<br>P.O. Box 2000<br>Chester, PA 19016-2000 | TransUnion Consumer Relations<br>2 Baldwin Place<br>PO Box 1000<br>Chester, PA 19016-1000 |
| US Attorney<br>919 E Main St, Ste 1900<br>Richmond, VA 23219-4622 | Urological Assoc of Savannah<br>230 East DeRenne Ave<br>Savannah, GA 31405-6736 | (p)W S BADCOCK CORPORATION<br>POST OFFICE BOX 724<br>MULBERRY FL 33860-0724 |

| | | |
|---|---|---|
| W.S. Badcock Corporation<br>CT Corporation System<br>289 S Culver Street<br>Lawrenceville, GA 30046-4805 | Weimark Credit Information<br>PO Box 994<br>Brick, NJ 08723-0078 | (p)BRUCE E  ROBINSON<br>PO BOX 538<br>SOUTH HILL VA 23970-0538 |
| John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | Pia J. North<br>North Law<br>5913 Harbour Park Drive<br>Midlothian, VA 23112-2163 | Shonda L. White<br>115 E. Broad Street; #101<br>Richmond, VA 23219-1792 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DirecTV<br>Attn: Bankruptcy Claims<br>P.O. Box 6550<br>Englewood, CO 80155 | Georgia Department of Revenue<br>1800 Century Blvd NE<br>Suite 9100<br>Atlanta, GA 30345 | Portfolio Recovery Assoc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Assoc<br>PO Box 41067<br>Norfolk, VA 23541 | Professional Debt Mediation<br>Attn: Bankruptcy<br>7948 Baymeadows Way, 2nd Floor<br>Jacksonville, FL 32256 | Springleaf Financial Services<br>547 W Oglethorpe Hwy<br>Hinesville, GA 31313 |
| W.S. Badcock Corp<br>PO Box 497<br>Mulberry, FL 33860 | Bruce E. Robinson<br>341 Dial 866-769-9218 Code: 7515089<br>P.O. Box 538<br>South Hill, VA 23970-0538 | End of Label Matrix<br>Mailable recipients    65<br>Bypassed recipients     0<br>Total                  65 |